# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Steger, Christopher H. | U.S. Distric Court, Eastern Distric of Tennessee | 08/13/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full-Time | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

Joel W. Solomon Federal Building, United States Courthouse
900 Georgia Avenue, Room 102
Chattanooga, TN 37402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | The Coca-Cola Company Defined Benefit Pension Plan with former employer, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/13/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | The Coca-Cola Company - deferred compensation | $443,592.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Jamie C Rehm - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/13/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank various accounts | A | Interest | K | T | | | | | |
| 2. Campbell Family Investments, LLC | E | Int./Div. | M | U | | | | | |
| 3. Genworth Life & Annuity Insurance Company Inherited Annuity (fixed) | D | Distribution | L | T | | | | | |
| 4. The Coca-Cola Co. 401(k) (common trust fund) (not self-directed) | | None | | | Distributed | 04/11/16 | N | | |
| 5. Northwestern Whole Life Policies | D | Dividend | M | T | | | | | |
| 6. Rental Property, Nashville, TN (2015 $267,000) | | None | N | R | | | | | |
| 7. TRUST #1 (H) | | | | | | | | | |
| 8. - American Airlines Group, Inc. | | None | | | Sold | 01/25/16 | K | | |
| 9. - AQR Managed Futures Strategy HV Mutual Fund | | None | | | Sold | 09/27/16 | L | | |
| 10. - BAC Capital Trust XIV | A | Interest | | | Buy | 06/22/16 | K | | |
| 11. | | | | | Buy (add'l) | 08/05/16 | K | | |
| 12. | | | | | Sold | 10/03/16 | L | B | |
| 13. - BB&T Corporation (formerly National Penn Bancshares, Inc.) | A | Dividend | | | Sold | 09/01/16 | K | A | |
| 14. - Center Coast MLP and Infrastructure Mutual Fund | | None | | | Sold | 09/27/16 | J | | |
| 15. - Central Valley Fresno School District Calif Municipal Bond | B | Interest | | | Sold | 10/03/16 | K | C | |
| 16. - Charles Schwab Deposit Accounts (X) | A | Interest | O | T | | | | | |
| 17. - Chattanooga Tennessee Muni Bonds | A | Interest | | | Sold | 10/03/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Chicago Illinois Housing Authority Municipal Bond | B | Interest | | | Sold | 10/03/16 | K | B | |
| 19. - Cole Credit Property Trust REIT | D | Dividend | L | T | | | | | |
| 20. - El Paso Texas Municipal Bond | | None | | | Buy | 08/15/16 | J | | |
| 21. | | | | | Sold | 10/03/16 | J | | |
| 22. - Finney Cnty Kansas School District Muni Bond | A | Interest | | | Sold | 12/30/16 | J | A | |
| 23. - First Niagara Financial Group, Inc. | | None | | | Sold | 01/21/16 | J | | |
| 24. - Florida State Dept Municipal Bond | B | Interest | | | Sold | 12/30/16 | K | C | |
| 25. - General Electric | | None | | | Buy | 09/14/16 | K | | |
| 26. | | | | | Sold | 10/03/16 | K | | |
| 27. - Jensen Quality Growth Mutual Fund | A | Dividend | | | Sold | 09/27/16 | K | D | |
| 28. - JPMorgan Chase Capital XXIII | | None | | | Buy | 08/29/16 | K | | |
| 29. | | | | | Sold | 10/03/16 | K | A | |
| 30. - Kindred School District California Municipal Bond | A | Interest | | | Sold | 10/03/16 | J | B | |
| 31. - Lincoln National | | None | | | Buy | 08/23/16 | K | | |
| 32. | | | | | Sold | 10/03/16 | K | B | |
| 33. - Matthews Asia Dividend Mutual Fund (X) | | None | | | Sold | 01/21/16 | J | | |
| 34. - Mellon Capital IV | B | Interest | | | Buy | 04/27/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/31/16 | K | | |
| 36. | | | | | Sold | 10/03/16 | L | C | |
| 37. - Nestle SA | | None | | | Sold | 08/08/16 | J | A | |
| 38. - N Texas Tollway Authority Municipal Bond | B | Interest | | | Sold | 12/30/16 | K | A | |
| 39. - Phillips Edison Grocery Center REIT II | C | Dividend | K | T | | | | | |
| 40. - Schwab Short-Term US Treasury ETF | B | Dividend | | | Sold | 09/29/16 | M | A | |
| 41. - Schwab US Dividend Equity ETF | | None | | | Sold | 09/29/16 | J | B | |
| 42. - Select Income REIT | A | Dividend | | | Sold | 09/29/16 | J | C | |
| 43. - Small Business Administration | | None | | | Buy | 09/14/16 | K | | |
| 44. | | | | | Sold | 10/03/16 | K | | |
| 45. - Southern Company | A | Dividend | | | Sold | 09/29/16 | K | C | |
| 46. - SPDR Gold Shares ETF | | None | | | Buy | 04/21/16 | K | | |
| 47. | | | | | Sold | 05/23/16 | K | A | |
| 48. - State Street Capital Trust | | None | | | Buy | 08/19/16 | K | | |
| 49. | | | | | Sold | 10/03/16 | K | | |
| 50. - USB Capital IX | A | Interest | | | Buy | 05/11/16 | K | | |
| 51. | | | | | Sold | 10/03/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Vanguard Market Neutral Inv Fund | | None | | | Buy | 03/31/16 | K | | |
| 53. | | | | | Sold | 12/30/16 | K | | |
| 54.  - Verizon Communications | A | Dividend | | | Buy (add'l) | 04/26/16 | J | | |
| 55. | | | | | Sold | 09/29/16 | K | B | |
| 56.  TRUST #2 (H) | | | | | | | | | |
| 57.  - AQR Managed Futures Strategy HV Mutual Fund | | None | | | Sold | 01/01/16 | J | | |
| 58.  - Schwab Govt Money Market Fund | | None | | | Sold | 01/01/16 | J | | |
| 59.  - Matthews Asia Dividend Mutual Fund | | None | | | Sold | 01/01/16 | J | | |
| 60.  - Schwab Short-Term US Treasury ETF | | None | | | Sold | 01/01/16 | J | | |
| 61.  BROKERAGE #1 (H) | | | | | | | | | |
| 62.  - American Airlines Group, Inc. (X) | | None | | | Sold | 01/20/16 | J | | |
| 63.  - Atlas Pipeline Partners, L.P. (Y) | | | | | | | | | |
| 64.  - BAC Capital Trust XIV | A | Interest | | | Buy | 06/17/16 | J | | |
| 65. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 66. | | | | | Sold | 09/28/16 | K | A | |
| 67.  - Blackrock Debt Strategies Mutual Fund (Y) | | | | | | | | | |
| 68.  - Blackrock Floating Rate Income Mutual Fund (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Charles Schwab Deposit Accounts (X) | A | Interest | K | T | | | | | |
| 70. - Crestwood Midstream Partners, L.P. (Y) | | | | | | | | | |
| 71. - Eaton Vance Floating Rate Income Plus Mutual Fund (Y) | | | | | | | | | |
| 72. - General Electric | A | Interest | | | Buy | 04/20/16 | J | | |
| 73. | | | | | Sold | 10/03/16 | J | A | |
| 74. - Indiana Municipal Power Supply Municipal Bond | | | | | Sold | 12/30/16 | J | | |
| 75. - Jacksonville Electric Authority FL Municipal Bond (Y) | | | | | | | | | |
| 76. - Kayne Anderson Midstream Energy Mutual Fund (Y) | | | | | | | | | |
| 77. --Kentucky State Certificates Municipal Bond | A | Interest | | | Sold | 09/28/16 | J | A | |
| 78. - Matthews Asia Dividend Mutual Fund (Y) | | | | | | | | | |
| 79. - Mellon Capital IV | A | Interest | | | Buy | 04/20/16 | J | | |
| 80. | | | | | Sold | 10/03/16 | J | B | |
| 81. - Metro Nashville Airport Authority Municipal Bond | | None | | | Sold | 10/03/16 | J | A | |
| 82. - New York City Municipal Water Municipal Bond | A | Interest | J | T | | | | | |
| 83. - North Texas Tollway Authority Municipal Bond | B | Interest | | | Sold | 12/30/16 | K | B | |
| 84. - Northstar Realty Finance Corp. REIT (Y) | | | | | | | | | |
| 85. - Nuveen Credit Strategies Income Mutual Fund (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Schwab Govt Money Market Fund | | None | L | T | Buy (add'l) | 12/16/16 | M | | |
| 87. | | | | | Sold | 08/08/16 | L | | |
| 88.   - Schwab Short-Term US Treasury ETF | | None | | | Sold | 09/29/16 | K | A | |
| 89.   - SPDR Gold Shares ETF | | None | | | Buy | 04/18/16 | J | | |
| 90. | | | | | Sold | 05/18/16 | J | A | |
| 91.   - SunTrust Preferred Capital I | A | Interest | | | Buy | 06/06/16 | J | | |
| 92. | | | | | Sold | 10/03/16 | J | A | |
| 93.   - Tortoise Energy Independence Mutual Fund (Y) | | | | | | | | | |
| 94.   - Tortoise Energy Infrastructure Mutual Fund (Y) | | | | | | | | | |
| 95.   - Tortoise Power and Energy Infra Mutual Fund (Y) | | | | | | | | | |
| 96.   - USB Capital IX | | None | | | Buy | 05/11/16 | J | | |
| 97. | | | | | Sold | 10/03/16 | J | A | |
| 98.   - Vanguard Market Neutral Inv Fund | | None | | | Buy | 03/31/16 | J | | |
| 99. | | | | | Sold | 09/27/16 | J | | |
| 100.   - Verizon Communications | | None | | | Buy | 04/26/16 | J | | |
| 101. | | | | | Sold | 09/29/16 | J | A | |
| 102.   BROKERAGE #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Arbitrage Mutual Fund | B | Dividend | M | T | | | | | |
| 104.  - Calamos Market Neutral Income Mutual Fund | C | Dividend | M | T | | | | | |
| 105.  - Charles Schwab Deposit Accounts | A | Interest | N | T | | | | | |
| 106.  - Gateway Mutual Fund | C | Dividend | M | T | | | | | |
| 107.  - Merger Mutual Fund Institutional Class | B | Dividend | M | T | | | | | |
| 108.  - Vanguard Ltd-Term Tax-Exempt Bond Fund | C | Dividend | N | T | | | | | |
| 109.  - Vanguard Mid-Cap Index Mutual Fund | A | Dividend | K | T | Buy | 09/16/16 | J | | |
| 110. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 111. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 112. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 113.  - Vanguard Small-Cap Index Mutual Fund | A | Dividend | K | T | Buy | 09/16/16 | J | | |
| 114. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 115. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 116. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 117.  - Vanguard Total Intl Stock Index Mutual Fund | C | Dividend | M | T | Buy (add'l) | 03/16/16 | K | | |
| 118. | | | | | Buy (add'l) | 06/16/16 | K | | |
| 119. | | | | | Buy (add'l) | 09/16/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/16/16 | K | | |
| 121. - Vanguard Total Stock Market Index Mutual Fund | D | Dividend | O | T | Buy (add'l) | 03/16/16 | K | | |
| 122. | | | | | Buy (add'l) | 06/16/16 | M | | |
| 123. | | | | | Buy (add'l) | 09/16/16 | M | | |
| 124. | | | | | Buy (add'l) | 12/16/16 | K | | |
| 125. BROKERAGE #3 (H) | | | | | | | | | |
| 126. - American Airlines Group, Inc. (X) | | None | | | Sold | 01/20/16 | K | | |
| 127. - AQR Managed Futures Strategy HV Mutual Fund | | None | | | Sold | 09/26/16 | K | | |
| 128. - Charles Schwab Deposit Accounts | A | Interest | M | T | | | | | |
| 129. - BAC Capital Trust XIV | A | Interest | | | Buy | 06/17/16 | K | | |
| 130. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 131. | | | | | Sold | 09/28/16 | K | B | |
| 132. - BB&T (formerly National Penn Bancshares, Inc.) | A | Dividend | | | Sold | 09/26/16 | J | | |
| 133. - Chattanooga Tennessee Municipal Bonds | A | Interest | | | Sold | 09/28/16 | K | A | |
| 134. - Clearbridge Energy MLP Opport Mutual Fund (Y) | | | | | | | | | |
| 135. - General Electric | A | Interest | | | Buy | 04/15/16 | K | | |
| 136. | | | | | Sold | 09/28/16 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Indiana Municipal Power Supply Municipal Bond | A | Interest | | | Sold | 01/13/16 | J | A | |
| 138. | | | | | Buy | 01/13/16 | J | | |
| 139. | | | | | Sold | 12/29/16 | J | | |
| 140. - Jacksonville Electric Authority FL Municipal Bond | B | Interest | | | Sold | 09/29/16 | K | B | |
| 141. - Matthews Asia Dividend Mutual Fund | | None | | | Sold | 01/20/16 | J | | |
| 142. - Matthews Asian Growth and Income Mutual Fund (Y) | | | | | | | | | |
| 143. - Mellon Capital IV | A | Interest | | | Buy | 04/22/16 | K | | |
| 144. | | | | | Sold | 09/28/16 | K | B | |
| 145. - New York City Municipal Water Municipal Bond | A | Interest | J | T | | | | | |
| 146. - North Texas Tollway Authority Municipal Bond | B | Interest | | | Sold | 12/29/16 | K | | |
| 147. - Schwab Short-Term US Treasury ETF | A | Dividend | | | Sold | 09/26/16 | L | A | |
| 148. - Schwab US Dividend Equity ETF | | None | | | Sold | 09/26/16 | J | B | |
| 149. - Select Income REIT | A | Dividend | | | Sold | 09/26/16 | J | C | |
| 150. - Southern Company | A | Dividend | | | Buy (add'l) | 05/06/16 | J | | |
| 151. | | | | | Sold | 09/26/16 | J | B | |
| 152. - SPDR Gold Shares ETF | | None | | | Buy | 04/18/16 | K | | |
| 153. | | | | | Sold | 05/18/16 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Spectra Energy Corporation (Y) | | | | | | | | | |
| 155.  - SunTrust Preferred Capital I | A | Interest | | | Buy | 05/13/16 | K | | |
| 156. | | | | | Sold | 09/28/16 | K | B | |
| 157.  - Tortoise Pipeline and Energy Mutual Fund (Y) | | | | | | | | | |
| 158.  - USB Capital IX | A | Interest | | | Buy | 05/06/16 | K | | |
| 159. | | | | | Sold | 09/28/16 | K | B | |
| 160.  - Vanguard Market Neutral Inv Fund | | None | | | Buy | 03/30/16 | K | | |
| 161. | | | | | Sold | 09/28/16 | K | | |
| 162.  - Verizon Communications | | None | | | Buy | 04/21/16 | J | | |
| 163. | | | | | Sold | 09/26/16 | J | A | |
| 164.  BROKERAGE #4 (H) | | | | | | | | | |
| 165.  - Charles Schwab Deposit Accounts (X) | A | Interest | J | T | | | | | |
| 166.  - Fidelity Government Cash Reserves (Y) | | | | | | | | | |
| 167.  - Ishares Core US Aggregate Bond ETF | | None | | | Sold | 05/09/16 | K | A | |
| 168.  - Ishares MSCI Frontier 100 ETF | | None | | | Sold | 05/09/16 | K | A | |
| 169.  - Ishares TIPS Bond ETF | | None | | | Sold | 05/19/16 | J | A | |
| 170.  - LJM Preservation and Growth Mutual Fund | | None | | | Sold | 05/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Oppenheimer Steelpath MLP Alpha Y Mutual Fund | | None | | | Sold | 05/09/16 | J | | |
| 172. - Powershares ETF Trust II | | None | | | Sold | 05/09/16 | J | A | |
| 173. - Powershares QQQ Trust | | None | | | Sold | 05/09/16 | J | D | |
| 174. - SPDR Barclays High Yield Bond ETF | | None | | | Sold | 05/09/16 | J | | |
| 175. - Vanguard FTSE Developed Markets ETF | C | Dividend | M | T | Buy (add'l) | 05/09/16 | L | | |
| 176. - Vanguard FTSE Emerging Markets ETF | | None | | | Sold | 05/09/16 | K | | |
| 177. - Vanguard Growth ETF | | None | | | Sold | 05/09/16 | J | D | |
| 178. - Vanguard Mid-Cap ETF | B | Dividend | M | T | Buy (add'l) | 05/09/16 | L | | |
| 179. - Vanguard S&P 500 ETF | C | Dividend | N | T | Buy | 05/09/16 | M | | |
| 180. | | | | | Buy (add'l) | 12/19/16 | M | | |
| 181. - Vanguard Small-Cap ETF | B | Dividend | M | T | Buy | 05/09/16 | M | | |
| 182. - Vanguard Value ETF | | None | | | Sold | 05/09/16 | K | D | |
| 183. BROKERAGE #5 (H) | | | | | | | | | |
| 184. - Fidelity Government Cash Reserves (Y) | | | | | | | | | |
| 185. - Ishares Core US Aggregate Bond ETF | | None | | | Sold | 05/09/16 | K | A | |
| 186. - Ishares MSCI Frontier 100 ETF | | None | | | Sold | 05/09/16 | K | A | |
| 187. - Ishares TIPS Bond ETF | | None | | | Sold | 05/09/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - LJM Preservation and Growth Mutual Fund | | None | | | Sold | 05/09/16 | J | A | |
| 189. - Oppenheimer Steelpath MLP Alpha Y Mutual Fund | | None | | | Sold | 05/09/16 | J | | |
| 190. - Powershares ETF Trust II | | None | | | Sold | 05/09/16 | J | A | |
| 191. - Powershares QQQ Trust | | None | | | Sold | 05/09/16 | J | D | |
| 192. - SPDR Barclays High Yield Bond ETF | | None | | | Sold | 05/09/16 | J | | |
| 193. - Vanguard FTSE Developed Markets ETF (Y) | | | | | | | | | |
| 194. - Vanguard FTSE Emerging Markets ETF | | None | | | Sold | 05/09/16 | J | | |
| 195. - Vanguard Growth ETF | | None | | | Sold | 05/09/16 | J | D | |
| 196. - Vanguard Mid-Cap ETF (Y) | | | | | | | | | |
| 197. - Vanguard Value ETF | | None | | | Sold | 05/09/16 | K | D | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/13/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Lines 63 - Asset was sold in 2015. The 2015 income from the asset was reportable on the initial report. The completion of Subpart D "Transactions" was not required.

2) Part VII, Line 67-68 - Asset was sold in 2015. The 2015 income from the asset was reportable on the initial report. The completion of Subpart D "Transactions" was not required.

3) Part VII, Line 70-71 - Asset was sold in 2015. The 2015 income from the asset was reportable on the initial report. The completion of Subpart D "Transactions" was not required.

4) Part VII, Line 75-76 - Asset was sold in 2015. The 2015 income from the asset was reportable on the initial report. The completion of Subpart D "Transactions" was not required.

5) Part VII, Line 78 - Asset was sold in 2015. The 2015 income from the asset was reportable on the initial report. The completion of Subpart D "Transactions" was not required.

6) Part VII, Line 84-85 - Asset was sold in 2015. The 2015 income from the asset was reportable on the initial report. The completion of Subpart D "Transactions" was not required.

7) Part VII, Line 93-95 - Asset was sold in 2015. The 2015 income from the asset was reportable on the initial report. The completion of Subpart D "Transactions" was not required.

8) Part VII, Line 134 - Asset was sold in 2015. The 2015 income from the asset was reportable on the initial report. The completion of Subpart D "Transactions" was not required.

9) Part VII, Line 142 - Asset was sold in 2015. The 2015 income from the asset was reportable on the initial report. The completion of Subpart D "Transactions" was not required.

10) Part VII, Line 154 - Asset was sold in 2015. The 2015 income from the asset was reportable on the initial report. The completion of Subpart D "Transactions" was not required.

11) Part VII, Line 157 - Asset was sold in 2015. The 2015 income from the asset was reportable on the initial report. The completion of Subpart D "Transactions" was not required.

12) Part VII, Line193 - Transferred to Brokerage #4.

13) Part VII, Line196 - Transferred to Brokerage #4.

14) Part VII, Line 4 - Rollover to Brokerage #4.

# IX. CERTIFICATI

**I certify that all informati**
**accurate, true, and complete t**
**provisions permitting non-dis**

**I further certify that earn**
**compliance with the provision**